Robbin Irene OLIVER, Appellant,

v.

STATE of Oklahoma; Brad Henry, Governor; County of LeFlore; Rob Wallace, District Attorney for LeFlore County, Oklahoma; City of Heavener Municipal Court; City of Heavener Municipal Police; Drew Edmondson, Attorney General for the State of Oklahoma; Terry Amend, Attorney

for the City of Heavener, Oklahoma; Doug Smuck, Municipal Court Judge; Tommi J. West, Municipal Court Clerk; Derek Woodral; Loren Haberson; Joseph Guzman; Douglas Schmuck, Attorney for the Oklahoma Department of Health and Human Services; Danita Williams, Judge, District Court for LeFlore County, Oklahoma, Appellees.

No. 04–3993.

United States Court of Appeals, Eighth Circuit.

Submitted: June 21, 2005.

Decided: July 8, 2005.

Robbin Irene Oliver, Howe, OK, for pro se.

Before SMITH, MCMILLIAN, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Robbin Oliver appeals the district court's[1] preservice dismissal of her 42 U.S.C. § 1983 complaint. We summarily affirm, but given Oliver's statement to the district court that she did not intend that certain material she submitted to the district court be construed as part of her complaint, we modify the dismissal to be without prejudice as to defendants Judge

Jones, United States Magistrate Judge for the Western District of Arkansas.

[1]. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.

Danita Williams and Attorney Douglas Schmuck. We deny all pending motions.